**No. 10-154. Gregory Kereakoglow, Petitioner v. Massachusetts.**

562 U.S. 961, 131 S. Ct. 460, 178 L. Ed. 2d 287, 2010 U.S. LEXIS 8046.

October 12, 2010. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

Same case below, 456 Mass. 225, 922 N.E.2d 790.